No. 2154. RIVERA, APPELLEE, *v.* GARCÍA ET AL., APPEL-
LANTS.—Habeas corpus.  Ponce.  December 23, 1919.  *Dismissed.*

---

No. 2151. MÁRQUEZ ET AL., APPELLEES, *v.* RAMOS ET AL.,
APPELLANTS.—Unlawful detainer.  Humacao.  December 23,
1919.  *Dismissed.*